UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEFFREY BRAY,

    Plaintiff,

v.

UNITED STATES POST OFFICE, UNITED STATES DEPARTMENT OF HOUSING AND URBAN SERVICES AND SOCIAL SECURITY ADMINISTRATION,

    Defendants.

Case No. 2:13-CV-02327-RSM-BAT

**REPORT AND RECOMMENDATION**

Plaintiff filed a *pro se* complaint, Dkt. 1, against the United States Post Office, the United States Department of Housing and Urban Services, and the Social Security Administration. Dkt. 1.[1] The complaint was deficient and the Court thus ordered plaintiff to file an amended complaint no later than January 30, 2014. Dkt. 2. Because plaintiff has failed to file an amended complaint, the Court, as discussed below, recommends the case be **DISMISSED** with prejudice.

**DISCUSSION**

On January 7, 2014, plaintiff filed a complaint alleging:

---

[1] Plaintiff has been granted leave to proceed *in forma pauperis*. *See* Dkt. 4.

REPORT AND RECOMMENDATION - 1

> I'm grieving a Social Security and uniondale, New York mail payments in reference to: 123 Boylston Seattle Washington Aftra/sagtcu.org South 757 Wilshire ninth floor Los Angeles, CA 90036In Re: F2: 1616 7th St., Santa Monica, CA Witness Kiesha, [redacted ] the United States Department of Housing and urban services *Alaska **area** office switched my ID from the *Denali Center at 1949 Gilliam building Fairbanks Alaska to Riverside California to steal financial {Alaska USA federal credit union *QFC-*cashier}
>
> Residential Jeffrey Bray's pedectric [sic] records or Sandpoint {AHFC archives a stolen visa investigator or Sandpoint in Lake City ofrc. Com., Ceremonies "The deal" section 8 housing per oceanview [unreadable] denial or pretend in Pacific County 9856 it's in 909's federal native Alaska housing jurisdiction. $97.00 in the 1st $ 597.00 on the 3rd, $150.00 in food stamps and on the0th and worry about ABC television TV Guide network OTR C. COM ceremonial aftra/sagtch.org !etc al @ another *time.

Dkt. 1. As plaintiff was not represented by a lawyer, the Court on, January 7, 2014, ordered him to file no later than **January 30, 2014**, an amended complaint stating what each defendant did; how each defendant's actions caused plaintiff injury; the dates of the alleged acts of each defendant; where the acts occurred; what injury or loss plaintiff suffered; and what damages or remedy plaintiff seeks. Dkt. 2 Plaintiff was also advised that if failed to file an amended complaint that stated a claim for relief by January 30, 2014, the Court might recommend the matter be dismissed.

In response to the Court's order, plaintiff submitted two things. First, on January 22, 2014, he filed a letter he received from Everest College that indicated he had been chosen to receive a "Career Training Assessment." Dkt. 8. And second, on January 28, 2014, plaintiff sent an undocketed email message to the Court's electronic orders box which stated:

> my main problems are @ The United States Department of Housing and Urban Dev. *Alaska *Area *Office (ONAP Office of Native Alaskan Programs) 909 1st ave # 205 and (The Internal Revenue Service) 915 2nd ave 9th fl. Seattle, Washington 98104. I keep appyling for benefits in those office's and i'm not getting a

REPORT AND RECOMMENDATION - 2

| | |
|---|---|
| 1 | proper response for the claims i filing. Thats 1 reason why i told those federal employees to *gather (thats including oah @ 6th and |
| 2 | university) all my paperwork, i *plan to transfer my hearing to bristol bay court in olympia, washington in ref to: Pacific County |
| 3 | 300 Memorial Dr. South Bend, Washington 98586). in the near future i would appreciate it if you could contact me by email |
| 4 | concerning any other amendments, i would be helpful if you could just email me a amendment form with specific questions you want |
| 5 | me to answer, that could eleviate the post office, the social worker, and irs workers who sit back in those federal office's @ their jobs, |
| 6 | and can't do nothing but give you (and me), a wrong number. |

Plaintiff's complaint and submissions are unintelligible.  Because plaintiff has not submitted a complaint or an amended complaint that states a claim, the Court recommends the case be **DISMISSED** with prejudice for failure to state a claim upon which relief may be granted under 28 U.S.C. § 1915(e)(2)(B)(ii).  A proposed order accompanies this Report and Recommendation.  If plaintiff objects to this Report and Recommendation, he must file his objections, limited to 8 pages, by **February 17, 2014**.  The Clerk should note the matter for **February 21, 2014**, as ready for the assigned District Judge's consideration.  The failure to timely object may affect the right to appeal.  The Clerk is also directed to send plaintiff a copy of this Report to his last known address.

DATED this 3rd day of February, 2014.

BRIAN A. TSUCHIDA
United States Magistrate Judge