UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFFREY BRAY,<br><br>         Plaintiff,<br><br>    v.<br><br>UNITED STATES POST OFFICE, et al.,<br><br>         Defendants. | Case No. C13-2327-RSM-BAT<br><br>**ORDER DISMISSING CASE** |

The Court has considered plaintiff's complaint, the record, and the Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and **ORDERS**:

(1) The Court adopts the Report and Recommendation.

(2) The case is dismissed with prejudice for failure to state a claim upon which relief may be granted under 28 U.S.C. § 1915(e)(2)(B)(ii).

(3) The Clerk shall provide a copy of this Order to plaintiff.

DATED this 7th day of March 2014.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING CASE - 1